Submitted on record and appellant's brief May 5,
reversed May 18, 1981

## STATE OF OREGON,
*Respondent,*

*v.*

## CAROLE G. CECCONI,
*Appellant.*

(No. L38710, CA A20051)

628 P2d 454

Deane Sterndale Bennett, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Rudolph S. Westerband, Assistant Attorney General, Salem, waived appearance for respondent.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

## PER CURIAM.

The state concedes that there is no evidence in the record to prove that a Suspension Order was in effect at the time defendant was stopped and cited by the police for driving while suspended in violation of ORS 487.560. *State v. Verdine,* 290 Or 553, 624 P2d 580 (1981).

Reversed.